June 21, 2006

Mr. Craig A. Jackson
Attorney at Law
P.O. Box 92043
Southlake, TX 76092

Sheriff Lupe Valdez
Sheriff of Dallas County, Texas
133 N. Industrial Boulevard
Dallas, TX 75207-4313
Mr. Jonathan Jay Bates
Pezzulli Kinser, L.L.P.
17304 Preston Road, Suite 700
Dallas, TX 75252

Honorable Kathleene Dennise Garcia
600 Commerce Street
Dallas, TX 75202

RE: Case Number: 06-0496
 Court of Appeals Number: 05-06-00778-CV
 Trial Court Number: 03-19101-V

Style: IN RE ALVIN GREEN

Dear Counsel:

 Relator's petition for writ of habeas corpus filed on June 16, 2006,
having been duly considered in chambers, the Supreme Court of Texas ordered
relator be released, conditioned upon $3,000.00 bond and issued the
enclosed order. The petition for writ of habeas corpus remains pending
before this Court.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |